SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
DOROTHY SMITH,

                   Plaintiff,

   -against-

BATH & BODY WORKS INC.,

                Defendants.
------------------------------------------------------------------X

Index No.:
Date Filed:

**SUMMONS**

The basis of venue is:
Place of Occurrence:

**To the above named Defendants:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
         March 29, 2022

                                                    Yours, etc.,

                                                    LAW OFFICE OF RICHARD KENNY

                                                    By: _____
                                                      James P. Lundy
                                                      Attorney for Plaintiffs
                                                      875 Avenue of the Americas – Suite 801
                                                      New York, New York 10001
                                                      (212) 421-0300

TO:
BATH & BODY WORKS INC.
c/o CT Corporation
111 Eighth Avenue
New York, New York 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
DOROTHY SMITH,

                        Plaintiff,

  -against-

BATH & BODY WORKS INC.,

                        Defendant.
------------------------------------------------------------------X

Index No.:

**VERIFIED COMPLAINT**

      Plaintiffs by her attorneys, LAW OFFICE OF RICHARD M. KENNY, complaining of the defendant, respectfully alleges, upon information and belief, as follows:

      1.      That at all times hereinafter mentioned, the plaintiff was and still is a resident of County of Hudson, City and State of New Jersey.

      2.      The cause of action herein alleged arose in the State of New York, County of New York.

      3.      That at all times hereinafter mentioned, the defendant, BATH & BODY WORKS INC., was and still is a domestic corporation duly organized under and existing by virtue of the laws of the State of New York.

      4.      That at all times hereinafter mentioned, the defendant, BATH & BODY WORKS INC., (Hereinafter "BATH & BODY) was a foreign corporation doing business within the State of New York, with a principal business address located at 114 West 125th Street, New York, New York.

      5.      That at all times hereinafter mentioned, the defendant, BATH & BODY, owned the retail store and appurtenances and fixtures thereto, located at 114 West 125th Street, New York, New York.

6. That at all times hereinafter mentioned, the defendant, BATH & BODY, operated the aforesaid premises.

7. That at all times hereinafter mentioned, the defendant, BATH & BODY, maintained the aforesaid premises.

8. That at all times hereinafter mentioned, the defendant, BATH & BODY, had the responsibility to inspect the aforesaid premises.

9. That at all times hereinafter mentioned, the defendant, BATH & BODY, repaired the aforesaid premises.

10. On December 24, 2021, the plaintiff, DOROTHY SMITH, was lawfully on the aforesaid premises.

11. On December 24, 2021, while the plaintiff, DOROTHY SMITH, was lawfully within the aforesaid premises she was caused to sustain serious and permanent injuries when she was caused to slip and fall due to a box that was placed on the floor by an employee of defendant. BATH & BODY.

12. The above mentioned occurrence and the results thereof were caused by the negligence of the defendant and/or said defendant's servants, agents, employees and/or licensees in the operation, management, maintenance and control of the aforesaid premises and aisles in causing, allowing and permitting said premises at the place above mentioned to be, become and remain for a period of time after notice, either actual or constructive, in a dangerous and/or hazardous condition; in causing, allowing and permitting a trap to exist at said location; in failing to maintain the aforesaid premises in a reasonably safe and proper condition; in causing, allowing and permitting an obstruction to plaintiff's safe passage at said location; in causing, allowing and permitting the existence of a condition which constituted a trap, nuisance, menace and danger to persons lawfully on said premises; in failing to have taken necessary steps and measures to have prevented the above

mentioned location from being used while in said dangerous condition; in failing to give plaintiff adequate and timely signal, notice or warning of said condition; in negligently and carelessly causing and permitting the above said premises to be and remain in said condition for an unreasonable length of time, resulting in a hazard to the plaintiff and others; in failing to take suitable and proper precautions for the safety of persons on and using said premises; and in being otherwise negligent and careless.

13. That no negligence on the part of the plaintiffs contributed to the occurrence alleged herein in any manner whatsoever.

14. That by reason of the foregoing, the plaintiff, DOROTHY SMITH, became sick, sore, and disabled; sustained grievous injuries to various parts of her body including but not limited to left and right shoulder tear; suffered and will continue to suffer great pain and anguish in body and mind; received necessary hospital care and attention by reason of her injuries; that she has necessarily received, is receiving and will continue to receive necessary medical care by reason of the injuries she sustained and in connection with which expenses have, are and will continue to be incurred; that she has been greatly incapacitated and has been unable to participate in her usual activities and duties that she had theretofore done; and her injuries are permanent, protracted, and disabling

15. That the limitations of liability set forth in CPLR §1601 do not apply to this action by reason of one or more of the exemptions set forth in CPLR §1602.

16. That as a result of the foregoing, the plaintiff, DOROTHY SMITH, has been damaged in a amount in excess of the jurisdictional limits of all lower Courts in which this action may otherwise have been brought.

WHEREFORE, the plaintiffs demand judgment against the defendants in an amount in excess of the jurisdictional limits of all lower Courts in which this action may otherwise

have been brought on the First Cause of Action, the Second Cause of Action and the Third Cause of Action, together with the costs and disbursements of this action.

Dated: March 29, 2022

Yours, etc.,
LAW OFFICE OF RICHARD M. KENNY

By: _____
James P. Lundy
Attorney for Plaintiffs
875 Avenue of the Americas – Suite 801
New York, New York 10001

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

JAMES P. LUNDY, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

I am an attorney at the LAW OFFICE OF RICHARD M. KENNY, attorneys of record for Plaintiff(s), I have read the foregoing **SUMMONS and VERIFIED COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

The reason this verification is made by me and not Plaintiff(s) is that Plaintiff(s) is/are not presently in the county wherein the attorneys for the plaintiff(s) maintain their offices.

DATED: New York, New York
March 29, 2022

_____
JAMES P. LUNDY


LAW OFFICE of RICHARD M. KENNY
Corporate,etc

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*424141*

Index no :**152644/22**
Date of Purchase: **03/29/2022**
ATTY FILE No:
Court Date:
EJS #:

| PLAINTIFF(S): | DOROTHY SMITH |
| --- | --- |
| | vs. |
| DEFENDANT(S): | BATH & BODY WORKS INC |

STATE OF NEW YORK COUNTY OF NASSAU     ss.:

**NICOLE LOREN GOLDING**, being duly sworn deposes and says; deponent is not a party to this action, is over the age of 18 years and resides in the State of New York.

That on **04/04/2022** at **11:33 AM** at **C/O C T CORPORATION , 28 LIBERTY ST, New York, NY 10005** Deponent served the with in SUMMONS & VERIFIED COMPLAINT by personally delivering to and leaving with Kartik Pandya , for BATH & BODY WORKS INC a true copy therof,and that deponent knew the person so served to be the AGENT and stated(s) he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
| --- | --- | --- | --- | --- | --- |
| MALE | MIDDLE EASTERN | BLACK | 40-49 | 5'8"-6'0" | 161-200 Lbs. |
| Other Features: | | | | | |

Sworn to and subscribed before me on
04/05/2022

Deborah Savoia
Notary Public, State of New York
No. 01-6268936
Qualified in Suffolk County
Commission Expires 9/17/2024

NICOLE LOREN GOLDING
License#: 2091902-DCA
Advantage Process Servers, Inc. DBA Zellner Wood
102 Jericho Turnpike,
Suite 104
Floral Park, NY 11001
516-326-6060
NYC DCA License #: 1451565

