UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DOROTHY SMITHY, :
:
:
Plaintiff, :
: 22-CV-3629 (JMF)
-v- :
: ORDER
:
BATH & BODY WORKS, LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Counsel for Defendant is directed to file an affidavit or declaration by **December 22, 2022**, confirming that the parties are completely diverse.

- The deadline for the deposition of Defendant's employee is **January 6, 2023**. No further extensions will be granted. Fact discovery is otherwise closed.

- The deadline for expert discovery is extended to **April 3, 2023**. Further extension requests are unlikely to be granted.

- The joint pretrial order and related submissions are due thirty days after the close of expert discovery.

SO ORDERED.

Dated: December 21, 2022    _____
New York, New York                    JESSE M. FURMAN
                                      United States District Judge